In re:  
MELISSA G MEZA  
    Debtor

Case No. 21-03759-PS  
Chapter 7

# CERTIFICATE OF NOTICE

District/off: 0970-2     User: admin     Page 1 of 3  
Date Rcvd: Aug 31, 2021     Form ID: 318     Total Noticed: 27

The following symbols are used throughout this certificate:  
**Symbol    Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 02, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | MELISSA G MEZA, 4830 E CORONADO RD, PHOENIX, AZ 85008-4216 |
| 16476338 | | AZ DEPARTMENT OF ECONOMIC SECURITY, OFFICE OF ACCTS RECEIVABLE & COLLECTIONS, PO BOX 60, PHOENIX, AZ 85001-0060 |
| 16438585 | + | Brand Source/Citi Bank, Attn: Bankruptcy, Po Box 6403, Sioux Falls SD 57117-6403 |
| 16438594 | + | DSRM Nat Bank/Valero, Attn: Bankruptcy, Po Box 696000, San Antonio TX 78269-6000 |

TOTAL: 4

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| tr | + | EDI: BRAMACKENZIE.COM | Sep 01 2021 02:18:00 | ROBERT A. MACKENZIE, 2001 E. CAMPBELL AVE., SUITE 200, PHOENIX, AZ 85016-5574 |
| smg | | EDI: AZDEPREV.COM | Sep 01 2021 02:18:00 | AZ DEPARTMENT OF REVENUE, BANKRUPTCY & LITIGATION, 1600 W. MONROE, 7TH FL., PHOENIX, AZ 85007-2650 |
| 16438582 | + | EDI: AMEREXPR.COM | Sep 01 2021 02:18:00 | Amex, Correspondence/Bankruptcy, Po Box 981540, El Paso TX 79998-1540 |
| 16438583 | | EDI: BANKAMER.COM | Sep 01 2021 02:18:00 | Bank of America, Attn: Bankruptcy, Po Box 982234, El Paso TX 79998 |
| 16438584 | + | Email/Text: defaultspecialty.us@bbva.com | Aug 31 2021 22:28:00 | BBVA, Attn: Bankruptcy, Po Box 10566, Birmingham AL 35296-0001 |
| 16438586 | + | EDI: CAPITALONE.COM | Sep 01 2021 02:18:00 | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City UT 84130-0285 |
| 16438587 | + | EDI: CITICORP.COM | Sep 01 2021 02:18:00 | Citibank/Best Buy, Citicorp Credit Srvs/Centralized Bk dept, Po Box 790034, St Louis MO 63179-0034 |
| 16438588 | | EDI: WFNNB.COM | Sep 01 2021 02:18:00 | Comenity Bank/Wayfair, Attn: Bankruptcy, Po Box 182125columbus, Columbus OH 43218 |
| 16438589 | | EDI: WFNNB.COM | Sep 01 2021 02:18:00 | Comenity Capital/Floor & Decor, Attn: Bankruptcy, Po Box 18125, Columbus OH 43218 |
| 16438590 | + | EDI: WFNNB.COM | Sep 01 2021 02:18:00 | Comenityc Capital/Sephora, Attn: Bankruptcy, Po Box 182125, Columbus OH 43218-2125 |
| 16438591 | + | Email/Text: CreditAssistanceBK@desertfinancial.com | Aug 31 2021 22:28:00 | Desert Financial CU, Po Box 2945, Phoenix AZ 85062-2945 |
| 16438592 | + | Email/Text: CreditAssistanceBK@desertfinancial.com | Aug 31 2021 22:28:00 | Desert Financial CU, Attn: Bankruptcy Department, Po Box 2945, Phoenix AZ 85062-2945 |
| 16438593 | + | EDI: DISCOVER.COM | Sep 01 2021 02:18:00 | Discover Financial, Attn: Bankruptcy, Po Box 3025, New Albany OH 43054-3025 |
| 16438595 | + | Email/Text: bk@hughesfcu.org | Aug 31 2021 22:28:00 | Hughes Federal Credit Union, Attn: Bankruptcy, Po Box 11900, Tucson AZ 85734-1900 |

| | | | | |
|---|---|---|---|---|
| 16438596 | + | Email/Text: bnc@nordstrom.com | Aug 31 2021 22:28:55 | Nordstrom FSB, Attn: Bankruptcy, Po Box 6555, Englewood CO 80155-6555 |
| 16438764 | + | EDI: RECOVERYCORP.COM | Sep 01 2021 02:18:00 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 16438597 | + | EDI: RMSC.COM | Sep 01 2021 02:18:00 | Synchrony Bank, Attn: Bankruptcy, Po Box 965060, Orlando FL 32896-5060 |
| 16438598 | + | EDI: RMSC.COM | Sep 01 2021 02:18:00 | Synchrony Bank/Care Credit, Attn: Bankruptcy Dept, Po Box 965064, Orlando FL 32896-5064 |
| 16438599 | + | EDI: RMSC.COM | Sep 01 2021 02:18:00 | Synchrony Bank/Lowes, Attn: Bankruptcy, Po Box 965060, Orlando FL 32896-5060 |
| 16438600 | + | EDI: WTRRNBANK.COM | Sep 01 2021 02:18:00 | Target, c/o Financial & Retail Srvs, Mailstop BT POB 9475, Minneapolis MN 55440-9475 |
| 16438601 | | EDI: USBANKARS.COM | Sep 01 2021 02:18:00 | US Bank, Attn: Bankruptcy, 800 Nicollet Mall, Minneapolis MN 55402 |
| 16438602 | + | EDI: WFFC.COM | Sep 01 2021 02:18:00 | Wells Fargo Hm Mortgag, Po Box 10335, Des Moines IA 50306-0335 |
| 16438603 | + | EDI: WFFC.COM | Sep 01 2021 02:18:00 | Wells Fargo/Preferred, Attn: Bankruptcy, Pob 10438 Mac F8235-02f, Des Moines IA 50306-0438 |

TOTAL: 23

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | *+ | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Sep 02, 2021     Signature:     /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 31, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| ROBERT A. MACKENZIE | ram@ramlawltd.com az26@ecfcbis.com |
| THOMAS ADAMS MCAVITY | on behalf of Debtor MELISSA G MEZA documents@phxfreshstart.com tom@phxfreshstart.com |
| U.S. TRUSTEE | USTPRegion14.PX.ECF@USDOJ.GOV |

| Information to identify the case: | | |
|---|---|---|
| Debtor 1 | MELISSA G MEZA<br>First Name  Middle Name  Last Name | Social Security number or ITIN  xxx–xx–6314<br>EIN  \_ \_–\_ \_ \_ \_ \_ \_ \_ |
| Debtor 2<br>(Spouse, if filing) | First Name  Middle Name  Last Name | Social Security number or ITIN  \_ \_ \_ \_<br>EIN  \_ \_–\_ \_ \_ \_ \_ \_ \_ |
| United States Bankruptcy Court  District of Arizona | | |
| Case number:  2:21–bk–03759–PS | | |

# Order of Discharge 12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

MELISSA G MEZA

8/31/21

**By the court:** Paul Sala
United States Bankruptcy Judge

### Explanation of Bankruptcy Discharge in a Chapter 7 Case

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

**Some debts are not discharged**
Examples of debts that are not discharged are:

- debts that are domestic support obligations;

- debts for most student loans;

- debts for most taxes;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**